IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY ALLEN,

        Plaintiff,                    No. CIV S-09-0557 KJM P

    vs.

MALLATT,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be

collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff's complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendant Mallatt for a violation of the Eighth Amendment. If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this claim. With respect to the other defendants identified and claims asserted in plaintiff's complaint, plaintiff's complaint fails to state a claim upon which relief can be granted.

Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for defendant Mallatt.

4. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed February 26, 2009.

/////

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for the defendant identified in no. 3 above; and

   d. Two copies of the endorsed complaint filed February 26, 2009.

6. Plaintiff need not attempt service on defendant Mallatt and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

7. Plaintiff's request for the appointment of counsel (#3) is denied.

DATED: April 27, 2009.

_____
U.S. MAGISTRATE JUDGE

1/md
alle0557.100(2.26.09)

|   |                                                                              |
|---|------------------------------------------------------------------------------|
| 1 |                                                                              |
| 2 |                                                                              |
| 3 |                                                                              |
| 4 |                                                                              |
| 5 |                                                                              |
| 6 |                                                                              |
| 7 |                                                                              |
| 8 | IN THE UNITED STATES DISTRICT COURT                                          |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA                                       |

DONALD RAY ALLEN,

        Plaintiff,                                   No. CIV-S-09-0557 KJM P

    vs.

MALLAT,                                        <u>NOTICE OF SUBMISSION</u>

        Defendants.                      <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 form

        _____    copies of the _____
                                       Complaint

DATED:

                                                            _____
                                                            Plaintiff