IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY ALLEN,

        Plaintiff,                 No. CIV S-09-0557 KJM P

    vs.

MALLATT, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On July 22, 2009, the court ordered the United States Marshal to serve the complaint on defendant Mallett. However, process directed to defendant Mallett was returned unserved because he could not be found with the information provided by plaintiff. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff a USM-285 form, along with an instruction sheet and a copy of the complaint filed February 26, 2009;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. A completed USM-285 form; and

    b. Two copies of the endorsed complaint filed February 26, 2009.

3. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice

DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

1/kly
alle0557.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY ALLEN,

      Plaintiff,                            No. CIV S-09-0557 KJM P

    vs.

MALLAT, et al.,                         NOTICE OF SUBMISSION

      Defendants.                     OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          _____ completed summons form

          _____ completed USM-285 forms

          _____ copies of the  2/26/2009
                                Complaint

DATED:

                                        _____
                                        Plaintiff