IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY ALLEN,

    Plaintiff,　　　　　　　　　　No. CIV S-09-0557 KJM P

  vs.

MALLAT, et al.,

    Defendants.　　　　　　　　　　ORDER

_____/

      On November 19, 2009, the court ordered plaintiff to provide the court with documents necessary for service of process on defendant Mallet within thirty days.  Plaintiff was warned that this action would be dismissed if plaintiff failed to comply with the order.  Plaintiff, who has consented to magistrate judge jurisdiction, has not responded to the order.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: January 29, 2010.

                                   U.S. MAGISTRATE JUDGE

1
alle0557.dis